UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 4:21-cr-00430-AGF |
| SHAUN WALLS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Defendant Shaun Walls filed a pro se motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). He argues that release is warranted based on his need to care for his common-law wife, who suffers from breast cancer, and to help run the small business they operate together. Appointed counsel has filed a statement that he will not supplement Defendant's motion.

After the motion became fully briefed, Walls was released to a Residential Reentry Management (RRM) center in St. Louis, with an anticipated release date of April 19, 2025. Walls's arguments in support of release from imprisonment are therefore moot or, even if not technically moot, significantly weakened now that he is no longer incarcerated in a BOP facility.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for compassionate release from custody is **DENIED**. ECF No. 74.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 18th day of December, 2024.